PETITION TO REHEAR

BROMHAL v. STOTT

No. 520A94

Case below: 341 N.C. 702

Petition by defendant to rehear pursuant to Rule 31 denied 7 December 1995.